IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV87-01-MU

| | |
|---|---|
| NORIS EUGENE HUDSON, | ) |
| Plaintiff, | ) |
| v. | )     **O R D E R** |
| MS. EVANS, <u>et al.</u>, | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1), filed June 25, 2010.

Federal law requires that a Plaintiff in a civil action pay a filing fee in the amount of $350.00, plus service fees and other costs. A plaintiff who cannot pay the filing fee may submit an <u>in forma pauperis</u> application in conjunction with the filing of his Complaint. The Plaintiff in the instant case has not submitted an <u>in forma pauperis</u> application or paid the three-hundred and fifty dollar filing fee. Consequently, the Court will dismiss Plaintiff's Complaint without prejudice.

**IT IS THEREFORE ORDERED THAT:**

1. The Plaintiff's Complaint is **DISMISSED without prejudice;** and

2. The Clerk is directed to send Plaintiff a § 1983 Complaint form and an <u>in forma pauperis</u> application form.

Signed: July 15, 2010

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge