# United States District Court
# For The Western District of North Carolina
# Statesville Division

NORIS EUGENE HUDSON,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:10CV87-1-V

NURSE EVANS, FNU COFFEY, MR. NICHOLS,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 15, 2010, Order.

                                            Signed: July 15, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court